# Exhibit C

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

THE SENATE AND CHAMBER OF DEPUTIES

OF THE ARGENTINE NATION, MEETING IN CONGRESS,...

DO ENACT INTO LAW THE FOLLOWING:

TITLE I

Chapter One

Local Sovereign Payment of the Foreign Debt of the Argentine Republic

**ARTICLE 1.** In exercise of the sovereign authority of the Argentine Republic, the Sovereign Debt Restructuring performed in the years 2005 and 2010 is declared to be in the public interest, as is payment under just, equitable, legal and sustainable conditions to one hundred percent of the Holders of Public Debt Securities of the Argentine Republic; and, consequently, the implementation of the contracts entered into within the framework of the restructurings established under Decrees No. 1735/04 and 563/10, in order to preserve the ability of the interested bondholders to receive [said payment].

**ARTICLE 2.** The purpose of this Law is to implement legal instruments that will allow for receipt of service payments on one hundred percent of the Debt Securities issued within the framework of the 2005-2010 Sovereign Debt Restructuring (hereinafter "Restructured Bonds"), to safeguard the national interest and the contracts entered into as part of said Restructuring, in response to the

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

illegitimate and illegal obstruction of the means to receive the funds paid by the Argentine Republic on June 26, 2014, pursuant to judicial orders issued by the Southern District Court of the City of New York in the cause *NML Capital Ltd. et al. v. Republic of Argentina*, which are impossible to carry out as written and violate both the sovereignty and the immunity of the Argentine Republic as well as the rights of third parties.

## Chapter Two

## The Means to Safeguard Receipt of Payment by the Holders who Joined the 2005-2010 Sovereign Debt Restructuring

**ARTICLE 3.** By virtue of the public and obvious inability of the Bank of New York Mellon to act as Trustee of the 2005-2010 Trust Indenture ("Trust Indenture" dated June 2, 2005, modified on April 30, 2010), and taking into account the powers of removal established in said Indenture (which in Clause 5.9 establishes powers that include, among others, when "the Trustee shall become incapable of acting... the Republic may remove [it] and hire a successor Trustee with respect to the Debt Securities"), as well as the right of the Argentine Republic to ensure effective receipt on the part of the Holders, the Ministry of the Economy and Public Finance shall be authorized to adopt the necessary measures to remove the Bank of New York Mellon as Trustee and to appoint Nación Fideicomisos SA in its stead; this is without prejudice to

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

any right the Holders may possess to appoint a new Trustee that can guarantee a means of receiving the service payments on the Restructured Bonds pursuant to the terms of Article 5.9 and 7 of the 2005-2010 Trust Indenture, among others, as was timely notified by the Argentine Republic in the "Legal Notices to the Holders of Argentine Debt, 2005-2010 Exchange Bonds" published in the Official Gazette on June 27, July 7 and August 11, 2014.

**ARTICLE 4.** The account denominated "*Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Reestructurada*" [Law No. XXXXX Fund – Sovereign Payment on the Restructured Debt] shall be opened, which shall be a special account with Nación Fideicomisos SA at the *Banco Central* [Central Bank] of the Argentine Republic, the purpose of which shall be to hold in trust all funds deposited therein and apply them to the payment of the service on the debt with regard to the Debt Securities governed by the 2005-2010 Trust Indenture pursuant to the terms of Clause 2(e) and in keeping with the Terms and Conditions of said Debt Securities and said Indenture.

**ARTICLE 5.** The Ministry of the Economy and Public Finance shall be authorized to make the service payments on the Debt Securities governed by the 2005-2010 Trust Indenture, on the appropriate maturity dates, into the account "*Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Reestructurada*" created under Article 4 of this Law, where [such funds] shall remain for the exclusive benefit of the Holders until they may be effectively received.

**ARTICLE 6.** The funds representing the payments established under the preceding Article shall be distributed by means of such new entities as shall be appointed for that purpose

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

by the Ministry of the Economy and Public Finance or by the Holders of the Debt Securities governed by the 2005-2010 Trust Indenture, pursuant to said Indenture, and all funds deposited therein shall be freely available to the Holders.

**ARTICLE 7.** In the event that the Holders choose –individually or collectively– to request a change in the legislation and jurisdiction governing their securities due to the illegitimate and illegal obstruction of the means of receiving service payments on the Restructured Bonds, the Ministry of the Economy and Public Finance shall be authorized to implement an exchange for new Public Debt Securities, governed by local legislation and jurisdiction, under identical financial terms and conditions, and for the same nominal value as those of the Restructured Bonds that may be submitted to such Exchange Transaction. In such an event, the funds deposited for their benefit under the terms of the foregoing Article 5 shall be submitted together with any new Public Debt Securities issued, on the date of their issue.

## Chapter Three

### Funds Deposited for the Benefit of the Holders that Have Not yet Entered into the 2005-2010 Sovereign Debt Restructuring

**ARTICLE 8.** The Ministry of the Economy and Public Finance shall be authorized to implement the Exchange of the Public Debt Securities that were eligible and that have not yet entered into 2005-2010 Sovereign Debt Restructuring pursuant to the terms of Law No. 26.886.

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

**ARTICLE 9.** The account denominated "*Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Pendiente de Canje*" [Law No. XXXXX Fund – Sovereign Payment on the Debt Pending Exchange] shall be opened, which shall be a special account with Nación Fideicomisos SA at the Banco Central of the Argentine Republic, opened by virtue of the good faith of the Argentine Nation and of its willingness and ability to pay under conditions that are equitable to all its creditors, under the conventional and generally accepted interpretation of the term *pari passu*.

**ARTICLE 10.** The Ministry of the Economy and Public Finance shall be authorized to deposit into the account "*Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Pendiente de Canje*" created under Article 9 of this Law, on the appropriate maturity dates, a sum equivalent to that which it would be required to pay in the form of service on the new Public Debt Securities that may be issued in the future, pursuant to the terms of Article 1 of Law No. 26.886, in substitution for those that have not yet joined the 2005-2010 Sovereign Debt Restructuring.

**ARTICLE 11.** The funds representing the payments established under the preceding Article shall be submitted to those Holders who participate in the Exchange Transaction established under the terms of Law No. 26.886, together with the new equivalent Public Debt Securities, on the date of their issue.

**TITLE II**

**Sole Chapter**

**Enforcement of this Law**

*"2014 - Year of Tribute to Admiral Guillermo Brown, on the Bicentennial of the Montevideo Naval Battle"*

**ARTICLE 12.** This law is enforceable and shall take effect as of the date of its publication in the Official Gazette.

**ARTICLE 13.** The payments established in Articles 5 and 10 shall be charged to Jurisdiction 90 – Service on the Public Debt.

**ARTICLE 14.** The Ministry of the Economy and Public Finance shall be authorized to issue such clarifying and complementary regulations that may be necessary to ensure compliance with this Law.

**ARTICLE 15.** [This law] shall be communicated to the National Executive Branch.



August 20, 2014

I hereby certify that I am a professional translator, that I abide by the Code of Ethics and Professional Practice of the *American Translators Association*, that I am fluent in Spanish and English, that I have employed a team of professional translators, and that we have translated, to the best of our knowledge, the attached document entitled

**Proposed Bill**

From Spanish into English

Signed,

Cathleen Waters

Founder, New World Medium

Translator of French, Spanish, Italian, Portuguese and English

American Translator's Association Membership no. 257918

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

EL SENADO Y CÁMARA DE DIPUTADOS

DE LA NACIÓN ARGENTINA, REUNIDOS EN CONGRESO,…

SANCIONAN CON FUERZA DE

LEY:

# TITULO I

## Capítulo Primero

### Del Pago Soberano Local de la deuda exterior de la República Argentina

**ARTICULO 1°.-** En ejercicio del poder soberano de la República Argentina, declárase de interés público la Reestructuración de la Deuda Soberana realizada en los años 2005 y 2010, así como el pago en condiciones justas, equitativas, legales y sustentables al cien por ciento de los Tenedores de Títulos Públicos de la República Argentina; y, por consiguiente, la aplicación de los contratos celebrados en el marco de las reestructuraciones dispuestas por los Decretos Nros. 1735/04 y 563/10, a los fines de preservar el cobro por parte de los bonistas interesados.

**ARTICULO 2°.-** La presente Ley tiene por objeto implementar instrumentos legales que permitan el cobro de los servicios correspondientes al cien por ciento de los Títulos emitidos en el marco de la Reestructuración de Deuda Soberana 2005-2010 (en adelante, "Títulos Reestructurados"), en salvaguarda del orden público nacional y de los contratos celebrados en el marco de dicha Reestructuración, ante la

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

ilegítima e ilegal obstrucción de los mecanismos de cobro de los fondos pagados por la República Argentina con fecha 26 de junio de 2014, dispuesta por órdenes judiciales dictadas por la Corte de Distrito Sur de la Ciudad de Nueva York en el marco de la causa *NML Capital Ltd. et al v. Republic of Argentina* que, tal como han sido dictadas, resultan de imposible cumplimiento, y violatorias tanto de la soberanía e inmunidades de la República Argentina como de los derechos de terceros.

**Capítulo Segundo**

**Del mecanismo para salvaguardar el cobro de los Tenedores que adhirieron a la Reestructuración de Deuda Soberana 2005-2010**

**ARTÍCULO 3°.-** En virtud de la pública y notoria incapacidad de actuar del Bank of New York Mellon como Agente Fiduciario del Convenio de Fideicomiso 2005-2010 ("Trust Indenture" de fecha 2 de junio de 2005, modificado el 30 de abril de 2010), y teniendo en cuenta las facultades de remoción previstas en dicho Convenio (que prevé en su Cláusula 5.9, entre otras facultades, que cuando "el Agente Fiduciario esté incapacitado para actuar…la República podrá remover[lo] y contratar a un Agente Fiduciario sucesor con respecto a los Títulos de deuda"), así como el derecho de la República Argentina de velar por el efectivo cobro de sus Tenedores, autorízase al Ministerio de Economía y Finanzas Públicas a adoptar las medidas necesarias para remover al Bank of New York Mellon como Agente Fiduciario y a designar, en su reemplazo, a Nación Fideicomisos S.A.; todo ello, sin perjuicio del

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

derecho que asiste a los Tenedores de designar a un nuevo Agente Fiduciario que garantice el canal de cobro de los servicios correspondientes a los Títulos Reestructurados, de acuerdo a lo previsto en los Artículos 5.9 y 7 del Convenio de Fideicomiso 2005-2010, entre otros, tal como fuera oportunamente informado por la República Argentina en los "Avisos Legales a los Tenedores de Deuda Argentina Canje 2005-2010", publicados en el Boletín Oficial con fecha 27 de junio, 7 de julio y 11 de agosto de 2014.

**ARTICULO 4°.-** Créase la cuenta denominada "Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Reestructurada", la que será una cuenta especial de Nación Fideicomisos S.A. en el Banco Central de la República Argentina, y cuyo objeto será mantener en fiducia los fondos allí depositados y aplicarlos al pago de los servicios de deuda correspondientes a los Títulos regidos bajo el Convenio de Fideicomiso 2005-2010, de acuerdo a lo previsto en la Cláusula 2 (e) y concordantes de los Términos y Condiciones de dichos Títulos y de dicho Convenio.

**ARTÍCULO 5°.-** Autorízase al Ministerio de Economía y Finanzas Públicas a pagar, en las fechas de vencimiento correspondientes, los servicios de los Títulos regidos bajo el Convenio de Fideicomiso 2005-2010 en la cuenta Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Reestructurada creada por el Artículo 4º de la presente Ley, donde serán mantenidos en exclusivo beneficio de los Tenedores hasta su efectivo cobro.

**ARTÍCULO 6°.-** Los fondos correspondientes a los pagos dispuestos en el Artículo anterior serán distribuidos a través de las nuevas entidades que a tales fines designe

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

el Ministerio de Economía y Finanzas Públicas o los Tenedores de Títulos regidos bajo el Convenio de Fideicomiso 2005-2010, de conformidad con dicho convenio, siendo las divisas allí depositadas de libre disponibilidad para los Tenedores.

**ARTÍCULO 7°.-** En caso que con motivo de la ilegítima e ilegal obstrucción de los mecanismos de cobro de los servicios de los Títulos Reestructurados, sus Tenedores optaren –en forma individual o colectiva– por solicitar un cambio en la legislación y jurisdicción aplicable a sus títulos, autorízase al Ministerio de Economía y Finanzas Públicas a instrumentar un canje por nuevos Títulos Públicos, regidos por legislación y jurisdicción local, en términos y condiciones financieras idénticas, y por igual valor nominal, a los de los Títulos Reestructurados que se presenten a dicha Operación de Canje. En tal supuesto, los fondos depositados en su beneficio en los términos del Artículo 5º de la presente, serán entregados junto con los nuevos Títulos Públicos que se emitan, al momento de su colocación.

### Capítulo Tercero

### Del depósito en favor de los Tenedores que aún no ingresaron a la Reestructuración de Deuda Soberana 2005-2010

**ARTÍCULO 8°.-** Autorízase al Ministerio de Economía y Finanzas Públicas a instrumentar el Canje de los Títulos Públicos que fueran elegibles y que aún no ingresaron a la Reestructuración de Deuda Soberana 2005-2010, conforme lo establecido por la Ley N° 26.886.

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

**ARTÍCULO 9°.-** Créase la cuenta denominada "Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Pendiente de Canje", la que será una cuenta especial de Nación Fideicomisos S.A. en el Banco Central de la República Argentina abierta en virtud de la buena fe de la Nación Argentina, y de su voluntad y capacidad de pago en condiciones equitativas para todos sus acreedores, según la interpretación convencional y generalmente aceptada del término *pari passu*.

**ARTÍCULO 10.-** Autorízase al Ministerio de Economía y Finanzas Públicas a depositar en la cuenta Fondo Ley Nº XX.XXX – Pago Soberano de Deuda Pendiente de Canje creada por el Artículo 9º de la presente Ley, en las fechas de vencimiento correspondientes, una cantidad de fondos equivalentes a los que correspondería pagar por los servicios de los nuevos Títulos Públicos que en el futuro se emitan, de acuerdo a lo previsto en el Artículo 1º de la Ley Nº 26.886, en reemplazo de aquellos que aún no ingresaron a la Reestructuración de Deuda Soberana 2005-2010.

**ARTÍCULO 11.-** Los fondos que correspondan a los pagos dispuestos en el Artículo anterior serán entregados a los Tenedores que participen de la Operación de Canje que se disponga en los términos de la Ley Nº 26.886, junto con los nuevos Títulos Públicos correspondientes, al momento de su colocación.

**TITULO II**

**Capítulo Único**

**Del Orden Público de la presente Ley**

*"2014 – Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

**ARTÍCULO 12.-** La presente ley es de orden público y entrará en vigencia a partir del día de su publicación en el Boletín Oficial.

**ARTÍCULO 13.-** Los pagos previstos en los Artículos 5º y 10 serán atendidos con cargo a la Jurisdicción 90 – Servicios de la Deuda Pública.

**ARTÍCULO 14.-** Facúltase al Ministerio de Economía y Finanzas Públicas a dictar las normas aclaratorias y complementarias que fueren necesarias para instrumentar el cumplimiento de la presente Ley.

**ARTÍCULO 15.-** Comuníquese al Poder Ejecutivo Nacional.