UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

NML CAPITAL, LTD.,

                Plaintiff,

        v.

THE REPUBLIC OF ARGENTINA,

           Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

-------------------------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

              Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

           Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

-------------------------------------------------------- x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

              Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

           Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)

**(captions continued on next page)**

-------------------------------------------------------- x

## ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2014

```
-------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and           :
AURELIUS OPPORTUNITIES FUND II, LLC,        :        10 Civ. 3970 (TPG)
                                            :        10 Civ. 8339 (TPG)
                    Plaintiffs,             :
                                            :
          v.                                :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
-------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                    :
                                            :
                    Plaintiff,              :        10 Civ. 4101 (TPG)
                                            :        10 Civ. 4782 (TPG)
          v.                                :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
-------------------------------------------------- x
OLIFANT FUND, LTD.,                          :
                                            :
                    Plaintiff,              :        10 Civ. 9587 (TPG)
                                            :
          v.                                :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
-------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                :
                                            :
                    Plaintiff,              :        10 Civ. 5338 (TPG)
                                            :
          v.                                :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
-------------------------------------------------- x
```

2

The court directs that: (1) the parties and non-party Citibank, N.A. file supplemental briefs, if any, on the order to show cause listed as document number 669 in this case by November 21, 2014; and (2) that a hearing be held on the matter on December 2, 2014.


SO ORDERED


Dated:   New York, New York
         October 22, 2014

                                        Thomas P. Griesa
                                        United States District Judge