USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
NML CAPITAL, LTD., :
:
        Plaintiff, :
: 08 Civ. 6978 (TPG)
        v. : 09 Civ. 1707 (TPG)
: 09 Civ. 1708 (TPG)
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
-------------------------------------------------------- x
:
AURELIUS CAPITAL MASTER, LTD. and :
ACP MASTER, LTD., :
:
        Plaintiffs, :
:
: 09 Civ. 8757 (TPG)
        v. : 09 Civ. 10620 (TPG)
:
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
:
-------------------------------------------------------- x
:
AURELIUS OPPORTUNITIES FUND II, LLC :
and AURELIUS CAPITAL MASTER, LTD., :
:
        Plaintiffs, :
: 10 Civ. 1602 (TPG)
        v. : 10 Civ. 3507 (TPG)
:
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
: **(captions continued on next page)**
-------------------------------------------------------- x

```
------------------------------------------------------- x
                                                        :
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II,                         :
LLC,                                                    :
                                                        :
                Plaintiffs,                             :    10 Civ. 3970 (TPG)
                                                        :    10 Civ. 8339 (TPG)
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
                                                        :
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :
                Plaintiff,                              :
                                                        :
        v.                                              :    10 Civ. 4101 (TPG)
                                                        :    10 Civ. 4782 (TPG)
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                                     :
                                                        :
                Plaintiff,                              :
                                                        :
        v.                                              :    10 Civ. 9587 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                           :
                                                        :
                Plaintiff,                              :
                                                        :
        v.                                              :    10 Civ. 5338 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
```

## ORDER

Supplemental briefs on the order to show cause listed as document number 669 in case number 08-CV-6978 are currently due on February 16, 2015 at 2:00 PM. Because that day is a federal holiday, the deadline is extended until February 17, 2015 at 2:00 PM.

SO ORDERED.

Dated: New York, New York
February 9, 2015

Thomas P. Griesa
U.S. District Judge