

**CAPTIONS OF ACTIONS FOR ORDER
PERMITTING ELECTRONIC DEVICES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

NML CAPITAL, LTD.,

               Plaintiff,

        v.

THE REPUBLIC OF ARGENTINA,

             Defendant.

08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG),
09 Civ. 1708 (TPG)

------------------------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

             Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

             Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

------------------------------------------------------- x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

             Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

             Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)

------------------------------------------------------- x

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> THE REPUBLIC OF ARGENTINA, : <br> : <br> Defendant. : <br> ------------------------------------------------------- : x | 10 Civ. 3970 (TPG) <br> 10 Civ. 8339 (TPG) |
| BLUE ANGEL CAPITAL I LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE REPUBLIC OF ARGENTINA, : <br> : <br> Defendant. : <br> ------------------------------------------------------- x | 10 Civ. 4101 (TPG) <br> 10 Civ. 4782 (TPG) |
| OLIFANT FUND, LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE REPUBLIC OF ARGENTINA, : <br> : <br> Defendant. : <br> ------------------------------------------------------- x | 10 Civ. 9587 (TPG) |
| PABLO ALBERTO VARELA, et al., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE REPUBLIC OF ARGENTINA, : <br> : <br> Defendant. : <br> ------------------------------------------------------- x | 10 Civ. 5338 (TPG) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  See attached caption list _____

_____, No. _____.

The date(s) for which such authorization is provided is (are) March 3, 2015 .

| Attorney | Device(s) |
|---|---|
| 1. Robert A. Cohen | iPhone, iPad |
| 2. Matthew McGill | iPhone and laptop computer |
| 3. Christopher Leach | iPhone and laptop computer |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 2/24/15

_____
United States Judge

Revised: February 26, 2014

| Attorney | Device(s) |
|---|---|
| 4. Daniel Rapport | Cell Phone |
| 5. Edward Friedman | Cell Phone |
| 6. Marc G. Farris | iPhone, laptop computer |
| 7. Kevin Reed | iPhone |

15507196.1.LITIGATION