

**DANIEL B. RAPPORT**
drapport@fklaw.com
212.833.1122

October 9, 2015

BY EMAIL AND ECF

Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2015
```

Re:  *NML Capital, Ltd. v. The Republic of Argentina*
    Nos. 08 Civ. 6978, 09 Civ. 1707, 09 Civ. 1708
*Aurelius Capital Master, Ltd. v. The Republic of Argentina*
    Nos. 09 Civ. 8757, 09 Civ. 10620, 10 Civ. 3970, 10 Civ. 8339
*Aurelius Opportunities Fund II, LLC v. The Republic of Argentina*
    Nos. 10 Civ. 1602, 10 Civ. 3507
*Blue Angel Capital I LLC v. The Republic of Argentina*
    Nos. 10 Civ. 4101, 10 Civ. 4782
*Olifant Fund, Ltd. v. The Republic of Argentina*
    No. 10 Civ. 9587
*Pablo Alberto Varela, et al. v. the Republic of Argentina*
    No. 10 Civ. 5338

Dear Judge Griesa:

      We represent plaintiffs Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., and Blue Angel Capital I LLC, and write on behalf of all of the plaintiffs in the above-referenced actions ("Plaintiffs"). On October 5, Plaintiffs filed and served a Motion to Compel Deutsche Bank, JPMorgan and BBVA (the "Banks") to Produce Documents Concerning the BONAR 2024 Bonds. We understand that the Banks intend to file cross-motions to quash.

      With the consent of the Banks, we write to inform the Court that the parties have agreed to the following briefing schedule for their respective motions:

October 23, 2015:  The Banks shall serve their opposition to the Motion to Compel, and their Cross-Motions to Quash

November 9, 2015:  Plaintiffs shall serve their reply in further support of the Motion to Compel, and their opposition to the Cross-Motions to Quash

Hon. Thomas P. Griesa          - 2 -          October 9, 2015

November 18, 2015:    The Banks shall serve their replies in further support of the Cross-Motions to Quash

Pursuant to Rule 1.F of the Court's individual practices, the parties represent that this is the first request for an extension of the briefing schedule for the motion to compel.

If the Court has no objections, we respectfully request that the Court so-order the proposed schedule.

Respectfully,

/s/ Daniel B. Rapport
Daniel B. Rapport

cc: Philippe A. Zimmerman, Esq.
     Andrea Likwornik Weiss, Esq.
     Ken Caruso, Esq.
     Paul Carberry, Esq.
     Carmine D. Boccuzzi Jr., Esq.
     Kevin S. Reed, Esq.
     Leonard F. Lesser, Esq.
     Michael C. Spencer, Esq.
     (*all by ECF and e-mail*)

APPROVED.          SO ORDERED: [signature] Thomas P. Griesa
                                                         10/13/15